WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DAN MORROW,**                                                            CV # 06-349-AA

    Plaintiff,

vs.                                                                                              ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

    Attorney fees in the amount of $6,450.00 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $250.00 are awarded pursuant to 28 U.S.C. § 1920. Both checks shall be mailed to Attorney Tim Wilborn's address, at 19093 S. Beavercreek Road, PMB # 314, Oregon City, OR 97045.

    DATED this 2 day of July, 2007.

                                                            /s/ Ann Aiken
                                                            United States District Judge

Submitted on June 27, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1